

1  LAURENCE F. PULGRAM (CSB NO. 115163)
   lpulgram@fenwick.com
2  BRIAN W. CARVER (CSB NO. 244878)
   bcarver@fenwick.com
3  FENWICK & WEST LLP
   555 California Street, 12th floor
4  San Francisco, CA  94104
   Telephone: (415) 875-2300
5  Facsimile:  (415) 281-1350

6  Attorneys for Plaintiff
   CORBIS CORPORATION

7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11  CORBIS CORPORATION, a Nevada          Case No.  5:07-cv-05910-JW
    corporation,
12                                        **CERTIFICATION OF INTERESTED
                  Plaintiff,              ENTITIES OR PERSONS**
13
          v.
14
    MOBILETOYS, INC., a Delaware
15  corporation,

16                Defendant.

17         Pursuant to Federal Rule of Civil Procedure 7.1 and Civil L.R. 3-16, the undersigned

18  certifies that the following listed persons, associations of persons, firms, partnerships,

19  corporations (including parent corporations) or other entities (i) have a financial interest in the

20  subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest

21  in that subject matter or in a party that could be substantially affected by the outcome of this

22  proceeding:

23         Corbis Holdings, Inc. is the privately-held parent corporation of Corbis Corporation.

24  Dated:      December 14, 2007          FENWICK & WEST LLP

25
                                          By:_____/s/ Brian W. Carver_____
26                                                   Brian W. Carver

27                                        Attorneys for Plaintiff
                                          CORBIS CORPORATION
28  23819/00413/LIT/1277642.1

    CERTIFICATION OF INTERESTED
    ENTITIES OR PERSONS

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW