1  LAWRENCE G. TOWNSEND (SBN 88184)
   LAW OFFICES OF LAWRENCE G. TOWNSEND
2  455 Market Street, 19th Floor
   San Francisco, California 94105
3  Telephone: (415) 882-3288
   Facsimile:  (415) 882-3299
4  E-Mail: ltownsend@owe.com

5  Attorneys for Defendant MOBILETOYS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| CORBIS CORPORATION, a Nevada corporation, | ) Case No. C 07 5910 JW RS |
|---|---|
| Plaintiff, | ) **MOBILETOYS, INC.'S CERTIFICATION PURSUANT TO CIVIL L.R. 3-16** |
| vs. | ) |
| MOBILETOYS, INC., a Delaware corporation, | ) |
| Defendant. | ) |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there are no persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities who (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.

DATED: January 10, 2007          By:  /s/ Lawrence G. Townsend
                                      Lawrence G. Townsend
                                      Attorneys For Defendant MOBILETOYS, INC.

S:\LGT-TENA\MobileToys\Certification-InterestedParties.wpd

1

Mobiletoys, Inc.'s Certification Pursuant to Civil L.R. 3-16; Case No.: C 07 5910 JW RS