LAURENCE F. PULGRAM (CSB NO. 115163)
*lpulgram@fenwick.com*
BRIAN W. CARVER (CSB NO. 244878)
*bcarver@fenwick.com*
FENWICK & WEST LLP
555 California Street, 12th floor
San Francisco, CA  94104
Telephone: (415) 875-2300
Facsimile:  (415) 281-1350

Attorneys for Plaintiff
CORBIS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CORBIS CORPORATION, a Nevada corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>MOBILETOYS, INC., a Delaware corporation,<br><br>                    Defendant. | Case No.  07-05910-JW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1    Counsel report that they have met and conferred regarding ADR and have reached the

2    following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:  The parties agree to

3    participate in mediation, and cannot presently agree whether to use a court-appointed or private

4    mediator.

5    Dated:     March 24, 2008                    FENWICK & WEST LLP

6

7                                                By:_____/s/ Brian W. Carver_____

8                                                        Brian W. Carver

9    Attorneys for Plaintiff
     CORBIS CORPORATION

10   Dated:     March 24, 2008                    LAW OFFICES OF LAWRENCE G.
                                                 TOWNSEND
11

12                                               By:_____/s/ Lawrence G. Townsend_____

13                                                       Lawrence G. Townsend

14   Attorney for Defendant
     MOBILETOYS, INC.

15

16    Pursuant to General Order No. 45, Section X.B., I hereby attest that I have obtained

17   concurrence of the signatory, Lawrence G. Townsend, indicated by a "conformed" signature (/s/)

18   within this efiled document.

19                                   By: _____/s/ Brian W. Carver_____
                                             Brian W. Carver

20                                   **[PROPOSED] ORDER**

21    Pursuant to the Stipulation above, the captioned matter is hereby referred to mediation.

22    **IT IS SO ORDERED**.

23   Dated: _____, 2008        By:_____

24                                              The Honorable James Ware
                                                United States District Court Judge
25

26   23819/00413/LIT/1282659.1

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW