1  LAURENCE F. PULGRAM (CSB NO. 115163)
   *lpulgram@fenwick.com*
2  BRIAN W. CARVER (CSB NO. 244878)
   *bcarver@fenwick.com*
3  FENWICK & WEST LLP
   555 California Street, 12th floor
4  San Francisco, CA  94104
   Telephone: (415) 875-2300
5  Facsimile:  (415) 281-1350

6  Attorneys for Plaintiff
   CORBIS CORPORATION
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11 | CORBIS CORPORATION, a Nevada | Case No.  07-05910-JW
12 | corporation,                 |
                                  | **ADR CERTIFICATION BY PLAINTIFF**
13 |            Plaintiff,        | **AND COUNSEL**
14 |     v.                       |
15 | MOBILETOYS, INC., a Delaware  |
   | corporation,                 |
16 |                              |
   |            Defendant.        |
17

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

ADR CERTIFICATION                                              CASE NO.  07-05910-JW

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he has:

(1) read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" from the Court's ADR Internet site;

(2) discussed the available dispute resolution options provided by the Court and private entities; and

(3) considered whether this case might benefit from any of the available dispute resolution options.

Dated:    March 24, 2008              FENWICK & WEST LLP


                                      By:      /s/ Brian W. Carver
                                                Brian W. Carver

                                      Attorneys for Plaintiff
                                      CORBIS CORPORATION

Dated:    March 24, 2008              CORBIS CORPORATION


                                      By:      /s/ David N. Weiskopf
                                                David N. Weiskopf

                                      Senior Corporate Counsel
                                      CORBIS CORPORATION

Pursuant to General Order No. 45, Section X.B., I hereby attest that I have obtained concurrence of the signatory, David N. Weiskopf, indicated by a "conformed" signature (/s/) within this efiled document.

                                      By:      /s/ Brian W. Carver
                                                Brian W. Carver

23819/00413/LIT/1282672.1

ADR CERTIFICATION                    2                    CASE NO. 07-05910-JW