1  LAURENCE F. PULGRAM (CSB NO. 115163)
   *lpulgram@fenwick.com*
2  BRIAN W. CARVER (CSB NO. 244878)
   *bcarver@fenwick.com*
3  FENWICK & WEST LLP
   555 California Street, 12th floor
4  San Francisco, CA  94104
   Telephone: (415) 875-2300
5  Facsimile:  (415) 281-1350

6  Attorneys for Plaintiff
   CORBIS CORPORATION
7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11 CORBIS CORPORATION, a Nevada          Case No.  07-05910-JW
   corporation,
12                                       **JOINT STIPULATION AND [PROPOSED]
                  Plaintiff,             ORDER SELECTING ADR PROCESS**
13
         v.
14
   MOBILETOYS, INC., a Delaware
15 corporation,

16                Defendant.

1  Counsel report that they have met and conferred regarding ADR and have reached the
2  following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:  The parties agree to
3  participate in mediation, and cannot presently agree whether to use a court-appointed or private
4  mediator.

Dated: March 24, 2008                             FENWICK & WEST LLP

By: /s/ Brian W. Carver
        Brian W. Carver

Attorneys for Plaintiff
CORBIS CORPORATION

Dated: March 24, 2008                             LAW OFFICES OF LAWRENCE G. TOWNSEND

By: /s/ Lawrence G. Townsend
        Lawrence G. Townsend

Attorney for Defendant
MOBILETOYS, INC.

Pursuant to General Order No. 45, Section X.B., I hereby attest that I have obtained concurrence of the signatory, Lawrence G. Townsend, indicated by a "conformed" signature (/s/) within this efiled document.

By: /s/ Brian W. Carver
        Brian W. Carver

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to mediation.

**IT IS SO ORDERED**.

Dated: March 29, 2008                             By: *James Ware*
                                                  The Honorable James Ware
                                                  United States District Court Judge

23819/00413/LIT/1282659.1