ALTERNATIVE DISPUTE RESOLUTION PROGRAM
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-2059

March 31, 2008

Laurence F. Pulgram
Fenwick & West LLP
555 California Street, Suite 1200
San Francisco, CA 94104
(415) 875-2300

Lawrence Griffith Townsend
Law Offices of Lawrence G. Townsend
455 Market Street, 19th Floor
San Francisco, CA 94105
415-882-3288

Re:   Corbis Corporation v. Mobiletoys,Inc.
      Case No. C 07-05910 JW MED

Dear Counsel:

The ADR Program would like to convene a conference call with one of the ADR Program's legal staff to discuss the Mediation referral. We would like to schedule this for **Monday, April 7, 2008 at 11:00 a.m.** Plaintiff's counsel should initiate the call to all parties then call the ADR Program's phone conference line at 415-522-4603. If you are unavailable at the date or time suggested, please contact the other participants and provide me with three alternative dates/times before April 10, 2008.

Thank you for your attention to this matter.

Sincerely,

Claudia M. Forehand
ADR Case Administrator

/cmf