1  LAURENCE F. PULGRAM (CSB NO. 115163)
   *lpulgram@fenwick.com*
2  BRIAN W. CARVER (CSB NO. 244878)
   *bcarver@fenwick.com*
3  FENWICK & WEST LLP
   555 California Street, 12th floor
4  San Francisco, CA 94104
   Telephone: (415) 875-2300
5  Facsimile:  (415) 281-1350

6  Attorneys for Plaintiff
   CORBIS CORPORATION
7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11 | CORBIS CORPORATION, a Nevada | Case No. 07-05910-JW
12 | corporation, |
   |  | **JOINT STIPULATION AND [PROPOSED]**
13 |                Plaintiff, | **ORDER SELECTING ADR PROCESS**
14 |       v. |
15 | MOBILETOYS, INC., a Delaware |
   | corporation, |
16 |  |
   |                Defendant. |
17

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1  Counsel report that they have met and conferred regarding ADR and have reached the
2  following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5: The parties agree to
3  participate in mediation, and cannot presently agree whether to use a court-appointed or private
4  mediator.

Dated:    March 24, 2008        FENWICK & WEST LLP

By:    /s/ Brian W. Carver
          Brian W. Carver

Attorneys for Plaintiff
CORBIS CORPORATION

Dated:    March 24, 2008        LAW OFFICES OF LAWRENCE G. TOWNSEND

By:    /s/ Lawrence G. Townsend
          Lawrence G. Townsend

Attorney for Defendant
MOBILETOYS, INC.

Pursuant to General Order No. 45, Section X.B., I hereby attest that I have obtained concurrence of the signatory, Lawrence G. Townsend, indicated by a "conformed" signature (/s/) within this efiled document.

By:    /s/ Brian W. Carver
          Brian W. Carver

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to mediation.

**IT IS SO ORDERED**. The parties are to contact the Court ADR program by April 11, 2008 to discuss mediation proceedings.

Dated:  March 31, 2008        By: /s/ James Ware
                                      The Honorable James Ware
                                      United States District Court Judge

23819/00413/LIT/1282659.1