1  LAWRENCE G. TOWNSEND (SBN 88184)
   LAW OFFICES OF LAWRENCE G. TOWNSEND
2  455 Market Street, 19th Floor
   San Francisco, California 94105
3  Telephone: (415) 882-3288
   Facsimile:  (415) 882-3299
4  E-Mail: ltownsend@owe.com

5  Attorneys for Defendant MOBILETOYS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CORBIS CORPORATION, a Nevada corporation, | Case No. C 07 5910 JW RS |
| Plaintiff, | **ADR CERTIFICATION BY DEFENDANT AND COUNSEL** |
| vs. | |
| MOBILETOYS, INC., a Delaware corporation, | |
| Defendant. | |

1

1  Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he has:

(1) read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" from the Court's ADR Internet site;

(2) discussed the available dispute resolution options provided by the Court and private entities; and

(3) considered whether this case might benefit from any of the available dispute resolution options.

DATED:  April 4, 2008                By:      /s/ Lawrence G. Townsend
                                              Lawrence G. Townsend
                                              Attorneys For Defendant MOBILETOYS, INC.


DATED:  April 4, 2008                By:      /s/ Tony Frangiosa
                                              Tony Frangiosa

Pursuant to General Order No. 45, Section X.B., I hereby attest that I have obtained concurrence of the signatory, Tony Frangiosa, indicated by a "conformed" signature (/s/) within this e-filed document.


DATED:  April 4, 2008                By:      /s/ Lawrence G. Townsend
                                              Lawrence G. Townsend
                                              Attorneys For Defendant MOBILETOYS, INC.

S:\LGT-TENA\MobileToys\ADR-Certification.wpd

2

ADR Certification By Defendant And Counsel; Case No.: C 07 5910 JW RS