# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Corbis Corporation,<br><br>    Plaintiff(s),<br><br> v.<br><br>Mobiletoys,Inc.,<br><br>    Defendant(s). | 07-05910 JW MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

 The court notifies the parties and counsel that the Mediator assigned to this case is:

   **John W. Crittenden**
   Cooley Godward LLP
   101 California St., 5th Floor
   San Francisco, CA 94111-5800
   415-693-2090
   jcrittenden@cooley.com

 Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-05910 JW MED     - 1 -

1     Counsel are reminded that the written mediation statements required by the ADR
2 L.R. 6-7 shall NOT be filed with the court.

4 Dated: May 12, 2008

```
                                    RICHARD W. WIEKING
                                    Clerk
                                    by:    Claudia M. Forehand

                                           [signature]

                                    _____
                                    ADR Case Administrator
                                    415-522-2059
                                    Claudia_Forehand@cand.uscourts.gov
```

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
07-05910 JW MED                                 - 2 -