1  LAWRENCE G. TOWNSEND  (SBN 88184)
   LAW OFFICES OF LAWRENCE G. TOWNSEND
2  455 Market Street, 19th Floor
   San Francisco, California 94105
3  Telephone:  (415) 882-3288
   Facsimile:  (415) 882-3299
4  E-Mail:  ltownsend@owe.com

5  Attorneys for Defendant MOBILETOYS, INC.

6

7                 IN THE UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                          SAN JOSE DIVISION

10

11 CORBIS CORPORATION, a Nevada           )  Case No. C 07 5910 JW RS
   corporation,                           )
12                                        )  **[PROPOSED]**
                            Plaintiff,    )  **ORDER RE COMMENCEMENT OF**
13                                        )  **DISCOVERY**
              vs.                         )
14                                        )
   MOBILETOYS, INC., a Delaware corporation,)
15                                        )
                            Defendant.    )
16 _____    )

17

18      The court issued its scheduling order on April 10, 2008 adopting the parties' plan for

19 discovery.  A dispute having arisen as to when the discovery period commenced (the parties

20 having not agreed to a time), the default provisions of Rule 26(f) of the Federal Rules of Civil

21 Procedure apply, and discovery in this case therefore commenced as of April 10, 2008.

22      IT IS SO ORDERED.

23

24 DATED:  _____        _____
                                               James Ware
25                                     United States District Judge

26

27 S:\LGT-TENA\MobileToys\Discovery-Order re Commencement.wpd

28                                      1

[Proposed] Order re Commencement of Discovery; Case No.: C 07 5910 JW RS