1  LAURENCE F. PULGRAM (CSB NO. 115163)
   *lpulgram@fenwick.com*
2  BRIAN W. CARVER (CSB NO. 244878)
   *bcarver@fenwick.com*
3  FENWICK & WEST LLP
   555 California Street, 12th floor
4  San Francisco, CA  94104
   Telephone: (415) 875-2300
5  Facsimile:  (415) 281-1350

6  Attorneys for Plaintiff
   CORBIS CORPORATION
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11 | CORBIS CORPORATION, a Nevada corporation, | Case No.  07-05910-JW |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER RE COMMENCEMENT OF DISCOVERY** |
| v. | |
| MOBILETOYS, INC., a Delaware corporation, | |
| Defendant. | |

[PROPOSED] ORDER RE
COMMENCEMENT OF DISCOVERY                                    CASE NO. 07-05910-JW

**[PROPOSED] ORDER**

The Court issued its scheduling order on April 10, 2008, adopting the parties' plan for discovery. A dispute having arisen as to when the discovery period commences, and the parties having stipulated in their joint case management statement to exchange initial disclosures 14 days after the completion of mediation, discovery in this case will therefore commence 14 days after the completion of mediation.

**IT IS SO ORDERED**.

Dated: _____, 2008      By: _____
                                      The Honorable James Ware
                                      United States District Court Judge

23819/00413/LIT/1286997.1