# UNITED STATES DISTRICT COURT

## Northern District of California

Corbis Corporation,

      Plaintiff(s),

    v.

Mobiletoys,Inc.,

      Defendant(s).

No. C 07-05910 JW MED

**Certification of ADR Session**

_Instructions_: _The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file._

1.   I hereby certify that the parties in this matter held a ☐ Mediation or ☐ ENE session on (date) ___7/25/08___

2.   Did the case settle?   ☐ fully   ☐ partially   ☒ no

3.   If the case did not settle fully, is any follow-up contemplated?

    ☐ another session scheduled for (date) _____

    ☐ phone discussions expected by (date) _____

    ☒ no

**4.   IS THIS ADR PROCESS COMPLETED?**   ☒ YES   ☐ NO

Dated:  ___7/28/08___

Mediator, John W. Crittenden
Cooley Godward LLP
101 California St., 5th Floor
San Francisco, CA 94111-5800

United States District Court
Northern District of California

**Certification of ADR Session**
07-05910 JW MED