1  LAURENCE F. PULGRAM (CSB NO. 115163)
   *lpulgram@fenwick.com*
2  BRYAN A. KOHM (CSB NO. 233276)
   *bkohm@fenwick.com*
3  BRIAN W. CARVER (CSB NO. 244878)
   *bcarver@fenwick.com*
4  FENWICK & WEST LLP
   555 California Street, 12th floor
5  San Francisco, CA  94104
   Telephone:  (415) 875-2300
6  Facsimile:   (415) 281-1350

   LAWRENCE TOWNSEND (CSB NO. 88184)
   LAW OFFICES OF LAWRENCE TOWNSEND
   455 Market Street, 19th Floor
   San Francisco, California 94105
   Telephone:  (415) 882-3288
   Facsimile:   (415) 882-3299
   E-Mail:      *ltownsend@owe.com*

   Attorney for Defendant
   MOBILETOYS, INC.

7  Attorneys for Plaintiff
   CORBIS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CORBIS CORPORATION, a Nevada corporation,<br><br>   Plaintiff,<br><br>   v.<br><br>MOBILETOYS, INC., a Delaware corporation,<br><br>   Defendant. | Case No.  07-05910-JW (RS)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULING ORDER**<br><br>Dept.     Courtroom No. 8, 4th Floor<br>Judge:    Hon. James Ware |

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIP. & [PROPOSED] ORDER
MODIFYING SCHEDULING ORDER

CASE NO.  07-05910-JW (RS)

1  WHEREAS, on April 10, 2008, the Court entered the scheduling order setting
2  forth the governing scheduling order in this action;
3  WHEREAS, on May 12, 2008, the Northern District ADR Unit notified the parties
4  and counsel of the identity of the mediator assigned to this case;
5  WHEREAS, while waiting to conduct mediation, the parties refrained from
6  conducting much of the discovery necessary in order to limit the costs of litigation in an effort to
7  facilitate settlement discussions;
8  WHEREAS, on July 25, 2008, the parties and counsel held a mediation session in
9  which the case did not settle;
10  WHEREAS, the deadline for the exchange of expert reports is August 29, 2008;
11  WHEREAS, as a result of mediation, the parties have not yet completed fact
12  discovery critical to the opinions of their respective experts;
13  WHEREAS, the parties also each believe that after the completion of a portion of
14  the upcoming fact discovery and subsequent further discussions between the parties and their
15  counsel, a settlement agreement may still be attainable;
16  WHEREAS, no prior stipulations or motions to amend the scheduling order have
17  been made in this action;
18  THEREFORE IT IS HEREBY STIPULATED by and between the parties, through
19  their respective attorneys of record, that there is good cause for amending the current scheduling
20  order as follows:

| Event | Current Schedule | Proposed Schedule |
|---|---|---|
| Close of Fact Discovery | Nov. 3, 2008 | Nov. 3, 2008 |
| Expert Disclosures and Reports Due | Aug. 29, 2008 | October. 17, 2008 |
| Rebuttal Expert Reports Due | Sep. 15, 2008 | Nov. 17, 2008 |
| Close of Expert Discovery | Nov. 3, 2008 | Dec. 23, 2009 |
| Motions to Exclude Experts Due | Sep. 19, 2008 | Jan. 26, 2009 |
| Last Day to File Dispositive Motions | Dec. 5, 2008 | Jan. 26, 2009 |
| Motions to Exclude Experts Heard | Oct. 27, 2008 | Mar. 2, 2009 |
| Dispositive Motions Heard | Jan. 12, 2009 | Mar. 2, 2009 |
| Preliminary Pretrial Conference Statements Due | Sep. 12, 2008 | Nov. 14, 2009 |
| Preliminary Pretrial Conference | Sep. 22, 2008 | Nov. 21, 2009 |

28  IT IS SO STIPULATED:

JOINT STIP. & [PROPOSED] ORDER
MODIFYING SCHEDULING ORDER         2         CASE NO. 07-05910-JW (RS)

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

| | | |
|---|---|---|
| Dated: | August 8, 2008 | FENWICK & WEST LLP |

By: /s/ Brian W. Carver

Attorneys for Plaintiff
CORBIS CORPORATION

| | | |
|---|---|---|
| Dated: | August 8, 2008 | LAW OFFICES OF LAWRENCE TOWNSEND |

By: /s/ Lawrence Townsend

Attorney for Defendant
MOBILETOYS, INC.

Pursuant to General Order No. 45, Section X.B., I hereby attest that I have obtained concurrence of the signatory, Lawrence Townsend, indicated by a "conformed" signature (/s/) within this efiled document.

By: /s/ Brian W. Carver
    Brian W. Carver

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, AND GOOD CAUSE SHOWING,

**IT IS SO ORDERED**.

Dated:   August ___, 2008

_____
The Honorable James Ware
United States District Court Judge

23819/00413/LIT/1289505.1