LAURENCE F. PULGRAM (CSB NO. 115163)
*lpulgram@fenwick.com*
BRYAN A. KOHM (CSB NO. 233276)
*bkohm@fenwick.com*
FENWICK & WEST LLP
555 California Street, 12th floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Plaintiff
CORBIS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CORBIS CORPORATION, a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOBILETOYS, INC., a Delaware corporation,<br><br>Defendant. | Case No. 5:07-cv-05910 JW (RS)<br><br>**NOTICE OF APPEARANCE BY BRYAN A. KOHM** |

Bryan A. Kohm of Fenwick & West LLP hereby enters his appearance on behalf of Plaintiff Corbis Corporation. Bryan A. Kohm's e-mail address, for purposes of receipt of Notices of Electronic Filing, is as follows:

    Bryan A. Kohm      bkohm@fenwick.com; anolen@fenwick.com

Dated: August 15, 2008            FENWICK & WEST LLP


                                    By:  /s/  Bryan A. Kohm
                                          Bryan A. Kohm

                                    Attorneys for Plaintiff
                                    CORBIS CORPORATION

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO