LAWRENCE G. TOWNSEND  (SBN 88184)
LAW OFFICES OF LAWRENCE G. TOWNSEND
455 Market Street, 19th Floor
San Francisco, California 94105
Telephone:  (415) 882-3288
Facsimile:   (415) 882-3299
E-Mail:  ltownsend@owe.com

Attorneys for Defendant MOBILETOYS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CORBIS CORPORATION, a Nevada corporation,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>MOBILETOYS, INC., a Delaware corporation,<br><br>　　　　　　　　　　Defendant. | Case No. C 07 5910 JW RS<br><br>**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT MOBILETOYS, INC.**<br><br>Date:   November 10, 2008<br>Time:  9:00 a.m.<br>Courtroom 8, Fourth Floor, San Jose<br>Hon. James Ware |

Lawrence G. Townsend's motion to withdraw as counsel for Defendant MobileToys, Inc. ("Mobile") came on regularly for hearing on November 10, 2008.  The matter having been considered and good cause appearing therefor,

IT IS HEREBY ORDERED that Lawrence G. Townsend's motion to withdraw as counsel for Defendant Mobile be granted contingent on the following:

1)    Notice of this Order be promptly delivered to Mobile; and

///

///

///

1

1  2)    Mr. Townsend hand over all files and documents relating to his representation of
Mobile in this matter to Mobile and/or successor counsel.

Dated: _____, 2008    _____
James Ware
United States District Judge

S:\LGT-TENA\MobileToys\Pleading\Motion-Order.wpd

2

[Proposed] Order Granting Motion to Withdraw as Counsel for Defendant MobileToys, Inc.; Case No.: C 07 5910 JW RS

**CERTIFICATE OF SERVICE**

I am a citizen of the United States; employed in the County of San Francisco, State of California, over the age of eighteen; and not a party to this action. My business address is 455 Market Street, 19th Floor, San Francisco, California 94105.

On September 8, 2008, I served the below listed document(s):

**[PROPOSED] ORDER GRANTING LAWRENCE G. TOWNSEND'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT MOBILETOYS, INC.**

on the below-listed party at the address, facsimile number, and/or e-mail address shown:

Mr. Anthony Frangiosa
President
MobileToys, Inc.
85 Flagship Drive, Suite F
North Andover, MA 01845

[x] BY MAIL: A true and correct copy of such document was placed in a sealed envelope, addressed as shown above, and such correspondence was deposited, with postage fully prepaid, in a United States Post Office mail box at San Francisco, California on the same day in the ordinary course of business.

[ ] BY PERSONAL SERVICE: Such envelope was delivered by hand to the offices of the addressee.

[ ] BY FACSIMILE: Such document was faxed to the facsimile transmission machine with the facsimile machine number stated above. Upon completion of the transmission, the transmitting machine issued a transmission report showing the transmission was complete and without error.

[ ] BY ELECTRONIC MAIL: Such document was transmitted to the e-mail address listed above. The e-mail was not returned as undeliverable.

I declare, under penalty of perjury, that the foregoing is true and correct and is executed September 8, 2008 at San Francisco, California.

/s/ B.C. Dunne
B.C. Dunne