```
LAWRENCE G. TOWNSEND  (SBN 88184)
LAW OFFICES OF LAWRENCE G. TOWNSEND
455 Market Street, 19th Floor
San Francisco, California 94105
Telephone:  (415) 882-3288
Facsimile:   (415) 882-3299
E-Mail:  ltownsend@owe.com
```

Attorneys for Defendant MOBILETOYS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CORBIS CORPORATION, a Nevada corporation,<br><br>　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>MOBILETOYS, INC., a Delaware corporation,<br><br>　　　　　　　　　　　Defendant. | Case No. C 07 5910 JW RS<br><br>**DECLARATION OF LAWRENCE G. TOWNSEND IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT MOBILETOYS, INC.**<br><br>Date:   November 10, 2008<br>Time:  9:00 a.m.<br>Courtroom 8, Fourth Floor, San Jose<br>Hon. James Ware |

I, Lawrence G. Townsend, declare as follows:

1. I am an attorney duly admitted to practice before this Court, and am counsel of record for Defendant MOBILETOYS, INC. ("MobileToys"). I make this declaration in support of my motion to withdraw as counsel of record for MobileToys. The matters referred to in this declaration are based upon my own personal knowledge, except where otherwise indicated, and if called as a witness in this action I could and would testify competently thereto.

I have been attorney of record since the inception of this case, having filed an answer to the complaint in January 2008. MobileToys has repeatedly failed to respond to communications from me and to respond to discovery overdue and outstanding. As such, I cannot continue to represent MobileToys because I am not authorized and/or sufficiently informed to undertake any

1

1  action on its behalf or, as a one-person firm, keep pace with the demands of this case without
2  timely input and direction.
3       I declare under penalty of perjury, pursuant to the laws of the United States and the State
4  of California, that the foregoing is true and correct.
5       Executed on September 8, 2008 at San Francisco, California.

               /s/ Lawrence G. Townsend
               Lawrence G. Townsend

10 S:\LGT-TENA\MobileToys\Pleading\Motion-Withdraw-DecLGT.wpd

2

Dec. Townsend In Support of Motion to Withdraw as Counsel, etc.; Case No.: C 07 5910 JW RS

**CERTIFICATE OF SERVICE**

I am a citizen of the United States; employed in the County of San Francisco, State of California, over the age of eighteen; and not a party to this action. My business address is 455 Market Street, 19th Floor, San Francisco, California 94105.

On September 8, 2008, I served the below listed document(s):

**DECLARATION OF LAWRENCE G. TOWNSEND IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT MOBILETOYS, INC.**

on the below-listed party at the address, facsimile number, and/or e-mail address shown:

Mr. Anthony Frangiosa
President
MobileToys, Inc.
85 Flagship Drive, Suite F
North Andover, MA 01845

[x] BY MAIL: A true and correct copy of such document was placed in a sealed envelope, addressed as shown above, and such correspondence was deposited, with postage fully prepaid, in a United States Post Office mail box at San Francisco, California on the same day in the ordinary course of business.

[ ] BY PERSONAL SERVICE: Such envelope was delivered by hand to the offices of the addressee.

[ ] BY FACSIMILE: Such document was faxed to the facsimile transmission machine with the facsimile machine number stated above. Upon completion of the transmission, the transmitting machine issued a transmission report showing the transmission was complete and without error.

[ ] BY ELECTRONIC MAIL: Such document was transmitted to the e-mail address listed above. The e-mail was not returned as undeliverable.

I declare, under penalty of perjury, that the foregoing is true and correct and is executed September 8, 2008 at San Francisco, California.

/s/ B.C. Dunne
B.C. Dunne