1  LAURENCE F. PULGRAM (CSB NO. 115163)
   *lpulgram@fenwick.com*
2  BRYAN A. KOHM (CSB NO. 233276)
   *bkohm@fenwick.com*
3  FENWICK & WEST LLP                                *E-FILED 2/10/09*
   555 California Street, 12th floor
4  San Francisco, CA  94104
   Telephone: (415) 875-2300
5  Facsimile:  (415) 281-1350

6  Attorneys for Plaintiff
   CORBIS CORPORATION
7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11 | CORBIS CORPORATION, a Nevada          | Case No.  07-05910-JW (RS)
   | corporation,                          |
12 |                                       | [~~PROPOSED~~] ORDER RE MOTION TO
   |                Plaintiff,             | COMPEL
13 |                                       |
   |        v.                             |
14 |                                       | Date:   January 28, 2009
   | MOBILETOYS, INC., a Delaware          | Time:   9:30 a.m.
15 | corporation,                          | Dept.:  Courtroom 4, 5th floor
   |                                       | Judge:  The Honorable Richard Seeborg
16 |                Defendant.             |

17

18      Corbis Corporation's Motion to Compel has come before this Court.  Having considered

19 the briefs filed by all parties, the supporting declarations, exhibits and other arguments that came

20 before this Court, the Court **GRANTS IN PART** and **DENIES IN PART** Corbis Corporation's

21 Motion to Compel:

22      i.      MobileToys shall provide comprehensive responses to Interrogatories 8-9, 11-12,

23 and 17 within ten (10) calendar days of entry of this order;

24      ii.     MobileToys shall produce all documents responsive to the Request for Production

25 Nos. 1-5, 8-12, 14-17, and 18-24 within ten (10) calendar days of entry of this order;

26      iii.    MobileToys shall produce a set of year-end financial statements for each year from

27 2003 to 2007, with Corbis Corporation reserving its right to seek further production of documents

28 supporting those financial statements, within ten (10) calendar days of entry of this order;

[~~PROPOSED~~] ORDER                                              CASE NO.  07-05910-JW (RS)

iv.     MobileToys shall produce documents sufficient to show the number of hits on each page of its websites, www.mobiletoys.net and www.soundsolutions.net, during 2003 to the present within ten (10) calendar days of entry of this order;

v.      MobileToys shall produce documents sufficient to evidence its customers;

vi.     MobileToys shall produce all documents evidencing whether MobileToys' websites identified above induced or caused, even partially, any customer to initiate or continue to do business with MobileToys, including all documents relating to any sales inquiries initiated through its websites, and shall also produce documents sufficient to show all revenues received from or attributable to such customers;

vii.    Corbis Corporation's motion to compel production of MobileToys' privileged documents and communications is denied; and

viii.   Corbis Corporation has reserved its right to file a motion for its attorneys' fees incurred in filing the present motion.

**IT IS SO ORDERED.**

Dated:  2/10   , 2009

_____
The Honorable Richard Seeborg
United States Magistrate Judge