IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Corbis Corporation, | No. C 07-05910 JW |
| Plaintiff, | **ORDER VACATING JANUARY 22, 2009 PRELIMINARY PRETRIAL CONFERENCE ORDER; MODIFYING CASE SCHEDULE; SETTING NEW CONFERENCE DATE** |
| v. | |
| Mobiletoys, Inc., et al., | |
| Defendant. | |

Presently before the Court is the parties' Stipulation for an Order Modifying the Court's January 22, 2009 Preliminary Pretrial Conference Order. (See Docket Item Nos. 51, 47, respectively.) The Court finds good cause to GRANT the parties' a brief extension of their schedule. However, in light of the Court's unavailability during the months of July and August, the parties will be unable to trial their case until early September.

Accordingly, the Court VACATES its January 22 Preliminary Pretrial Conference Order and sets the following schedule:

(1) The close of all discovery shall be extended to **May 4, 2009.**

(2) Preliminary Pretrial Conference is set for **May 18, 2009 at 11 a.m.**

(3) Preliminary Pretrial Conference Statement shall be file on or before **May 8, 2009.** The Statement shall provide concrete dates for an early September trial and update the Court on any settlement efforts.

(4) The last date for hearing dispositive motions shall be extended to **June 29, 2009.**

The Court will not entertain further request for extension of the case schedule. The parties shall work in good faith to advance the case within the schedule as modified above.

Dated: March 19, 2009

_____
JAMES WARE
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Brian Wesley Carver bcarver@ischool.berkeley.edu
Bryan A. Kohm bkohm@fenwick.com
Bryan J. Sinclair bsinclair@mintz.com
Laurence F. Pulgram lpulgram@fenwick.com

**Dated:  March 19, 2009**                                             **Richard W. Wieking, Clerk**

                                                                        **By:   /s/ JW Chambers            **
                                                                                 **Elizabeth Garcia**
                                                                                 **Courtroom Deputy**

3