**IT IS SO ORDERED AS MODIFIED**
/s/ James Ware
Judge James Ware

1  LAURENCE F. PULGRAM (CSB NO. 115163)
   Email: lpulgram@fenwick.com
2  BRYAN A. KOHM (CSB NO. 233276)
   Email: bkohm@fenwick.corn
3  FENWICK & WEST LLP
   555 California Street, 12th Floor
4  San Francisco, CA 94104
   Telephone: (415) 875-2300
5  Facsimile:  (415) 281-1350

6  Attorneys for Plaintiff,
   CORBIS CORPORATION
7

8                  UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

10 CORBIS CORPORATION, a Nevada         Case No. 07-CV-05910-JW (RS)
   corporation,
11                                       **ORDER TO SHOW CAUSE RE:**
                  Plaintiff,             **SETTLEMENT**
12      vs.

13 MOBILETOYS, INC., a Delaware corporation,

14              Defendant.

15

16 TO THE COURT AND ALL PARTIES IN THIS CASE:

17     PLEASE TAKE NOTICE that the parties have reached a settlement in this matter.  The

18 parties are in the process of finalizing the papers, and anticipate that they will do so by May 13,

19 2009.  Upon finalizing the papers, the parties will file the necessary papers to terminate this action.

20     Due to the settlement, the parties will not be filing a Preliminary Pretrial Conference

21 Statement.  In addition, the parties request that the Court vacate the Preliminary Pretrial Conference

22 set for May 18, 2009.

23
   Dated:  May 8, 2009                    FENWICK & WEST LLP,
24

25                                         /s/ Bryan A. Kohm
                                          By:   Bryan A. Kohm
26
                                          Attorneys for Plaintiff
27                                        CORBIS CORPORATION

28

                              - 1 -
   Notice of Settlement                   Case No. 07-CV-05910-JW (RS)

| | | |
|---|---|---|
| 1 | Dated: May 8, 2009 | MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO |
| 2 | | /s/ Bryan J. Sinclair |
| 3 | | By:   Bryan J. Sinclair |
| 4 | | Attorneys for Defendant MOBILETOYS, INC. |

**\*\*\* ORDER \*\*\***

On May 8, 2009, the parties notified the Court that the above-entitled matter has reached a settlement.  (See Docket Item No. 53.)  In light of the settlement, the Court vacates all trial and pretrial dates.  On or before **May 22, 2009**, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a).

If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca on **June 1, 2009 at 9 a.m.** and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b).  On or before **May 22, 2009**, the parties shall file a joint statement in response to the Order to Show Cause.  The joint statement shall set forth the status of the activities of the parties for finalizing the settlement and how much additional time is requested to finalize and file the dismissal.  If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

Dated:  May 14, 2009

_____
JAMES WARE
United States District Judge