1  LAURENCE F. PULGRAM (CSB NO. 115163)
     lpulgram@fenwick.com
2  BRYAN A. KOHM (CSB NO. 233276)
     bkohm@fenwick.com
3  FENWICK & WEST LLP
   555 California Street, 12th floor
4  San Francisco, CA  94104
   Telephone: (415) 875-2300
5  Facsimile:  (415) 281-1350

6  Attorneys for Plaintiff
   CORBIS CORPORATION

7

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CORBIS CORPORATION, a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOBILETOYS, INC., a Delaware corporation,<br><br>Defendant. | Case No.  07-05910-JW (RS)<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

   Plaintiff Corbis Corporation ("Corbis") and Defendant MobileToys, Inc. ("MobileToys"), by their undersigned counsel, hereby provide notice that they have reached a settlement agreement.  The parties hereby stipulate and request that the above-entitled action be dismissed by the Court in its entirety, with prejudice, and with each party to bear its own costs and fees.  The parties respectfully request the Court to maintain jurisdiction over the parties for the purpose of enforcing the settlement agreement entered into between the parties.

   WHEREFORE, the parties respectfully request that this Court enter the [Proposed] Order lodged herewith dismissing this case and retaining jurisdiction over the parties for the limited purpose of enforcing the settlement agreement.

///

1  **IT IS SO STIPULATED.**

2

3  Dated: May 22, 2009                Respectfully submitted,

4                                     MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.

5                                            */s/ Bryan J. Sinclair*
                                     By:   BRYAN J. SINCLAIR
6                                          Attorneys for Defendant,
                                           MOBILETOYS, INC.
7

8  Dated: May 22, 2009                Respectfully submitted,

9                                     FENWICK & WEST LLP

10

11                                           */s/ Laurence F. Pulgram*
                                     By:   LAURENCE F. PULGRAM
12                                         BRYAN A. KOHM
                                           Attorneys for Plaintiff,
13                                         CORBIS CORPORATION

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED AND ADJUDGED THAT** the above-captioned action is hereby dismissed in its entirety with prejudice and without costs or fees to either party. This Court shall retain personal and exclusive jurisdiction over the parties for the limited purpose of enforcing the settlement agreement between the parties.

Dated: May 27, 2009

_____
The Honorable James Ware
United States District Judge